**Order entered July 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00533-CR

**RAMIRO PAYAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F09-72851-Y**

## ORDER

On March 4, 2014, the Court ordered court reporter Kelly Bryant to file, within fifteen days, a supplemental record containing all of the exhibits, including DVD exhibits, admitted into evidence. On March 20, 2014, we received a letter from Ms. Bryant stating that she was having difficulty retrieving Defendant's Exhibit no. 2, a video CD. When the supplemental record with the exhibits was not filed by May 7, 2014, the Court again ordered Ms. Bryant to file the supplemental record with the exhibits within fifteen days. We warned that if the supplemental record was not filed within the time specified, the Court would order the trial court to make findings regarding whether a portion of the reporter's record has been lost or destroyed. To date, Ms. Bryant has neither filed the exhibits nor communicated with the Court regarding the status of the exhibits. The appeal cannot proceed until the issue of the exhibits is resolved.

Accordingly, this Court **ORDERS** the trial court to make findings regarding the following:

- Whether the record on appeal can be supplemented with the exhibits including the DVD exhibits. The trial court shall make a specific finding regarding Defendant's Exhibit no. 2, a video exhibit.

- If the record can be supplemented with some, but not all of the exhibits, the trial court shall make specific findings regarding which exhibits cannot be included in the record.

- The trial court shall next make a finding regarding whether appellant is at fault for the loss or destruction of any exhibit that cannot be made part of the record.

- The trial court shall determine whether the parties can agree on a substituted record.

We **ORDER** the trial court to transmit a record containing its written findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     LANA MYERS
JUSTICE